IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHERMAN ANTWAN BROADHEAD,** **AIS #246842,** | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION 16-0108-KD-M ) |
| **OFFICER LARRY WOODS,** | ) ) |
| Defendant. | ) |

**ORDER**

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, including a review of Exhibit D to the Defendant's Special Report (doc. 14, video), the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

Accordingly, it is ORDERED that Defendant's Motion for Summary Judgment is GRANTED, and Plaintiff's action is DISMISSED with prejudice.

DONE this the 5th day of October 2016

                                                                                                   **s/ Kristi K. DuBose**
                                                                                                    **KRISTI K. DuBOSE**
                                                                                                     **UNITED STATES DISTRICT JUDGE**