IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHERMAN ANTWAN BROADHEAD, <br> AIS #246842, <br>     Plaintiff, <br><br> vs. <br><br> OFFICER LARRY WOODS, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION 16-0108-KD-M <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED and DECREED that JUDGMENT on all claims is entered in favor of Defendant Officer Larry Woods and against Plaintiff Sherman Antwan Broadhead, with prejudice.

DONE this the 5th day of October 2016

                                               s/ Kristi K. DuBose <br>
                                               **KRISTI K. DuBOSE** <br>
                                               **UNITED STATES DISTRICT JUDGE**